# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Peter Joseph Riley, )  <br>*Plaintiff* ) | | |
| v. ) | Civil Action No. | 8:16-cv-00352-JDA |
| Commissioner Social Security Administration, ) <br> *Defendant* ) | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Jacquelyn D. Austin.

Date:   August 7, 2017                              *ROBIN L. BLUME, CLERK OF COURT*

                                                        s/Ashley Buckingham, Deputy Clerk
                                                        *Signature of Clerk or Deputy Clerk*